IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TRAVIS SMITH,

    Petitioner,

v.                                                                   CASE NO.  4:05cv200-RH/WCS

JAMES V. CROSBY,

    Respondent.

_____/

## ORDER FOR DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 2), to which no objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The clerk shall enter judgment stating, "The petition under 28 U.S.C. §2254 challenging petitioner's conviction of sexual battery as imposed in the Second Judicial Circuit, Leon County Florida, is DISMISSED."  The clerk shall provide copies of the petition and this order to respondent and the Florida Attorney

General and shall provide a copy of this order to petitioner.

SO ORDERED this 11th day of September, 2005.

s/Robert L. Hinkle<br>
Chief United States District Judge